AO 10*
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKee, Theodore A. | U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 08/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

20614 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA,
PA. 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    GENERAL PARTNER | PUJKEE ASSOCIATES (see section viii for information)* |
| 2.    TRUSTEE | SYRACUSE UNIVERSITY |
| 3.    DIRECTOR | VERA INSTTUTE OF JUSTICE |
| 4.    BOARD OF VISITORS | TEMPLE UNIVERSITY COLLEGE OF LAW |
| 5.    BOARD OF VISITORS (honorary member) | SYRACUSE UNIVERSITY COLLEGE OF LAW |
| 6.    BOARD OF DIRECTORS | PAR RECYCLING (SEE SECTION VIII FOR INFORMATION) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | ADMINISTRATIVE OFFICE OF THE PENNSYLVANIA COURTS | $12,000.00 |
| 2. | 2019 | Pujkee Associates Rental Property | $10,000.00 |
| 3. | 10/17/2019 | SALE OF REAL ESTATE (SEE SECTION VIII) | $310,000.00 |
| 4. | | | |
| 5. | | ` | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Rental Property in New York |
| 2. | 2018 | wife's salary with her employer. She is employed as a health care professional doing administrative work on the execuive level. |
| 3. | 2019 | See sale of jointly owned rental property listed in section IIIA and explained in Sections IIIA and VIII. |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SYRACUSE UNIVESITY | March 18-19 | New York City | REIMBURSEMENT FOR BOARD RETREAT | LODGING |
| 2. | NEW YORK UNIVERSITY | MARCH 28 AND 29 | NEW YORK CITY | INTERVIEW CANDIDATES FOR LAW SCHOOL FELLOWSHIP. | TRAVEL AND LODGING |
| 3. | VERA INST OF JUSTICE | JUNE 27 | NEW YORK CITY | BOARD MEETING | TRAVEL |
| 4. | VERA INST OF JUSTICE | JULY 22 | NEW YORK CITY | ATTEND HONORS AWARD LUNCH AND PRESENTATION | TRAVEL |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKee, Theodore A. | 08/14/2020 |

| 5. | DUKE UNIVERSTY | OCT 10 TO 11 | DURHAM, N.C. | ATTEND EYEWITNESS RESEARCH PANEL | TRAVEL AND LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. eakCARDINAL HEALTH | A | Dividend | | | Closed | 07/22/19 | J | A | |
| 2. COLGATE PALMOLIVE | A | Dividend | | | Closed | 9/20/19 | J | A | |
| 3. JOHNSON AND JOHNSON | A | Dividend | K | T | | | | | |
| 4. CISCO | A | Dividend | K | T | | | | | |
| 5. VANGUARD INFO TECH ETF (VGT) | A | Dividend | J | T | Sold (part) | 01/16/19 | J | A | |
| 6. COMM SERVICES SELECT SECTOR ACTUAL )XLC) | A | Dividend | J | T | Open | 01/16/19 | J | | |
| 7. VANGUARD INTERMED TERM CORP (VCIT) | A | Dividend | J | T | Open | 01/16/19 | J | | |
| 8. WASHINGTON MUTUAL FUND AWSHX | A | Dividend | J | T | Sold (part) | 12/23/19 | K | B | |
| 9. HENRY SCHEIN STOCK | A | Dividend | | | Closed | 10/18/19 | J | D | |
| 10. FRANKLIN FLTG RATE FAFRX START HERE | A | Dividend | J | T | | | | | |
| 11. CALVERT INCOME FUND (CFICX) (note corrected ticker) | A | Dividend | J | T | | | | | |
| 12. AMERICAN EURO PACIFIC (AEGFX) | A | Dividend | J | T | | | | | |
| 13. CALVERT GLOBAL WATER FUND (CFWAX) | A | Dividend | | | Closed | 12/26/19 | J | B | |
| 14. JOHN HANCOCK MUTUAL FUND (classic value - PZFVZ) | A | Dividend | J | T | | | | | |
| 15. DREYFUS FUND STRUCTRED MID CAP FD CL C (DPSCX) | A | Dividend | J | T | | | | | |
| 16. SENTINEL FUNDS SS CORE (SEE EXPLANATION SEC VIII) | A | Dividend | L | T | | | | | |
| 17. SENTINEL FUNDS SS MID CAP A | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  INTEL (INTC) | A | Dividend | J | T | | | | | |
| 19.  AMERICAN EURO PACIFIC FUND (AEPGX) | A | Dividend | J | T | | | | | |
| 20.  VECTRON CORP (V3S) (SEE SECTION VIII). | A | Dividend | J | T | | | | | |
| 21.  AMERICAN CENT MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | | | | | |
| 22.  DELAWARE VALUE FUND DDVIX | A | Dividend | J | T | | | | | |
| 23.  EATON VANCE FUND INSTITUTIONAL (EIGMX) | A | Dividend | J | T | | | | | |
| 24.  ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | | | | | |
| 25.  MAINSTAY EPOCH GLOBAL EQUITY (EPSYX) | A | Dividend | K | T | | | | | |
| 26.  OPPENHEIMER DEV MARKETS (ODVYX) | A | Dividend | J | T | | | | | |
| 27.  OPPENHEIMER INTL GROWTH FD Y (OIGYX) | A | Dividend | K | T | | | | | |
| 28.  POWERSHARES FTS RAFI US 1000 ISIN (PRF) | A | Dividend | K | T | | | | | |
| 29.  T. ROWE PRICE MID CAP GROWTH (RPMGX) | A | Dividend | J | T | | | | | |
| 30.  T. ROW PRICE INTL DISCOVERY (PRIDX) | A | Dividend | K | T | | | | | |
| 31.  ROYCE OPPORTUNITY FD SVCS CL (RYOFX) see secion VIII | A | Dividend | J | T | | | | | |
| 32.  AMERICAN CENTURY MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | | | | | |
| 33.  ISHARES RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | K | T | | | | | |
| 34.  ISHARES RUSSELL 2000 GROWTH (IWO) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AMER CAPITAL GROWTH FUND (CWGIX) | A | Dividend | J | T | | | | | |
| 36. AMERICAN CENTRURY MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | | | | | |
| 37. HYG | A | Dividend | | | Closed | 01/16/19 | J | A | |
| 38. ISHARES IBOXX$ HIGH YEILD CORPORATE FUND (HYG) | A | Dividend | | | Closed | 08/13/19 | J | B | |
| 39. ISHARES IBPXX $ INVT GRAD CORP (LQD) (see line 122 below) | | | | | Sold (part) | 01/16/19 | J | B | |
| 40. SAME LQD | | | | | Buy (add'l) | 03/20/19 | J | | |
| 41. SAME LQD | | | | | Sold (part) | 08/13/19 | J | B | |
| 42. SAME LQD | | | | | Sold (part) | 10/01/19 | J | | |
| 43. SAME LQD | | | | | Buy (add'l) | 11/14/19 | J | | |
| 44. ISHARESW MBS ETF ACTUAL PRICES (MBB) | A | Dividend | J | T | | | | | |
| 45. SAME MBB | A | Dividend | J | T | Buy (add'l) | 01/18/19 | J | | |
| 46. SAME - MBB | | | | | Buy (add'l) | 01/16/19 | J | | |
| 47. VANGUARD INTER TERM BOND ETF (BIV) | | | | | Buy (add'l) | 01/16/19 | J | | |
| 48. PCY | | | | | Sold (part) | 01/16/19 | J | | |
| 49. PCY | | | | | Sold (part) | 03/20/19 | J | A | |
| 50. POWERSHARFES EM SOVEREIGN BOND USD (PCY) | A | Dividend | | | Closed | 8/13/19 | J | B | |
| 51. XLP | | | | | Sold (part) | 03/20/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. SPDR CONSUMER STPL ACTUAL (XLP) | A | Dividend | J | T | Closed | 08/13/19 | J | B | |
| 53. SPDR INDUUSTRIAL (XLI) | | | | | Sold<br>(part) | 01/16/19 | J | A | |
| 54. spdr industrial (XLI) | A | Dividend | | | Closed | 08/13/19 | J | B | |
| 55. SPDR MATERIALS FUND (XLB) | A | Dividend | | | Closed | 08/13/19 | J | A | |
| 56. SPDR CONSUMER DISCRETIONARY (XLY) | A | Dividend | | | Closed | 08/13/19 | J | A | |
| 57. VANGUARD FINANCIAL ETF (VFH) | A | Dividend | | | Closed | 08/13/19 | J | A | |
| 58. SPDR HEATH CARE SELECT (XLV) | | | | | Sold<br>(part) | 04/23/19 | J | A | |
| 59. HEALTH CAFRE SELECT (XLV) | A | Dividend | | | Closed | 08/13/19 | J | A | |
| 60. VANGUARD INFORMATIN TECH ETF (VGT) | A | Dividend | | | Closed | 08/13/19 | J | B | |
| 61. IEI | | | | | Sold<br>(part) | 01/16/19 | J | A | |
| 62. ISHARES 3-7 YEAR TREAS BOND ETF (IEI) | A | Dividend | | | Closed | 08/13/19 | J | A | |
| 63. ISHARES MSCI EAFE ACTUAL PRICES (ES) (see Section VIII) | A | Dividend | J | T | | | | | |
| 64. ISHARES 20+ YR TREAS BON ETF TLT | A | Dividend | J | T | Open | 08/13/19 | J | | |
| 65. VCSH | A | Dividend | | | Buy<br>(add'l) | 01/15/19 | J | | |
| 66. BSV | | | | | Open | 01/16/19 | J | | |
| 67. VANGUARD SHORT TERM BOND (BSV) | A | Dividend | | | Closed | 08/13/19 | K | B | |
| 68. SPDR REAL ESTATE SELECT SECTOR (XLRE) | A | Dividend | | | Closed | 08/13/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | VANGUARD INTERMED BOND FUND ETF (BIV) | A | Dividend | | | Closed | 08/13/19 | J | B | |
| 70. | ISHARES INC CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | J | T | | | | | |
| 71. | AMERICAN WASHINGTON MUT INVESTORS FUND (AWSHX) | A | Dividend | J | T | | | | | |
| 72. | SPDR CONSUMER STIP (XLP) | | | | | Buy (add'l) | 01/16/19 | J | | |
| 73. | SPDR CONSMRS STPL ACTUAL (XLP) | A | Dividend | | | Closed | 08/13/19 | J | B | |
| 74. | REAL ESTATE SELECT SPDR (XLRE) | A | Dividend | | | Closed | 08/13/19 | J | A | |
| 75. | SECTOR UTIITIES SPDR (XLU | A | Dividend | | | Closed | 08/13/19 | J | A | |
| 76. | SPDR S&P INSRUANCE ETF (KIE) | A | Dividend | | | Closed | 08/13/19 | J | A | |
| 77. | CONSUMER DISCRETIONARY SPDR (XLY) | A | Dividend | | | Closed | 08/13/19 | J | B | |
| 78. | VANGUARD FINANCIALS ETF ACTUL PRICE (VFH) | A | Dividend | | | Closed | 08/13/19 | J | B | |
| 79. | ISHARES NASDAQ BIOTECH ETF (IBB) | A | Dividend | | | Closed | 08/13/19 | J | A | |
| 80. | FRANKLIN FLOATIG RATE DAILY ACCESS (FAFRX) | A | Dividend | J | T | | | J | B | |
| 81. | ISHARES IBOXX $ INVT GRADE CORP BD LQD) | A | Dividend | | | Sold (part) | 08/13/19 | J | B | |
| 82. | SAME AS ABOVE | A | Dividend | | | Closed | 10/1/19 | J | B | |
| 83. | ISHARES MSCI EAFE ACTUAL PRICES (EFA) | A | Dividend | J | T | Buy (add'l) | 08/13/19 | J | | |
| 84. | OPPENHEIMER INTL GROWTH FD OIGYX | A | Dividend | J | T | | | | | |
| 85. | T. ROWE PRICE REAL ESTATE FUND TRREX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKee, Theodore A. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. EATON VANCE GLOBAL MACRO ABSLE TR CL I SEE SECT VIII | A | Dividend | J | T | | | | | |
| 87. PIMCO REAL RETURN FUND CL 12 PRLPX | A | Dividend | J | T | | | | | |
| 88. LORD ABBETT SHORT DURATION INCOME CL F | A | Dividend | J | T | | | | | |
| 89. AMAZON | A | | K | T | | | | | |
| 90. CISCO (CSCO) | B | Dividend | K | T | | | | | |
| 91. ISHARES EXPONENTIAL TECH (XT) | A | Dividend | K | T | | | | | |
| 92. ISHARES XT | A | Dividend | J | T | | | J | | |
| 93. JD.COM (JD) (SEE SECTION VIII) | | | | | Closed | 04/27/18 | J | | |
| 94. ALIBABA (BABA) | A | Dividend | K | T | | | J | | |
| 95. AMERICAN TOWER (AMT) | A | Dividend | K | T | Open | 070819 | J | A | |
| 96. AMT | | | | | Buy (add'l) | 07/22/19 | J | | |
| 97. AMT | | | | | Buy (add'l) | 09/06/19 | J | | |
| 98. AMT | | | | | Buy (add'l) | 10/09/19 | J | | |
| 99. AMT | | | | | Buy (add'l) | 11/07/19 | J | | |
| 100. AMT | | | | | Buy (add'l) | 06/11/19 | J | | |
| 101. TELADOC (TDOC) | A | Dividend | J | T | | 06/07/19 | J | | |
| 102. TDOC | | | | | Buy (add'l) | 06/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/21/19 | J | | |
| 104. GLOBAL X AUTONOM ELECTRIC ETF | A | Dividend | J | T | Open | 6/22/19 | J | | |
| 105. AI POWERED EQUITY ETF (AIEQ) | A | Dividend | J | T | Open | 6/22/19 | J | | |
| 106. AVX CORP (AVX) | A | Dividend | | | Closed | 08/12/19 | J | A | |
| 107. Ishares us treas bond fonnd etf (GOVT) | A | Dividend | J | T | Open | 11/18/19 | J | | |
| 108. IEMG | | | | | Open | 01/16/19 | J | | |
| 109. ISHARES CORE MSCI EMERG MARKETS ETF (IEMG) | A | Dividend | J | T | Buy (add'l) | 11/18/19 | J | | |
| 110. IEMG | | | | | Sold (part) | 0613/19 | J | A | |
| 111. ISHARES EDGE MSCI USA QUALITY FACTOR ETF (QUAL) | A | Dividend | J | T | Open | 11/18/19 | J | | |
| 112. ISHARES EDGE MSCI MIN VOLATIITY ETF (USMV) | A | Dividend | J | T | Sold (part) | 11/14/19 | J | B | |
| 113. ISHARES CORE S&P 500 ETF (IVV) | A | Dividend | J | T | Sold (part) | 11/14/19 | J | A | |
| 114. ISHARES S&P TOTAL US STOCK MKT ETF (ITOT) | A | Dividend | J | T | Sold (part) | 11/14/19 | J | A | |
| 115. ISHARES US TREAS BOND ETF (GOVT) | A | Dividend | J | T | Buy (add'l) | 10/01/19 | J | | |
| 116. ISHARES EDGE MSCI USA QUAL FACTOR ETF (QUAL) | A | Dividend | J | T | Buy (add'l) | 10/01/19 | J | | |
| 117. ISHARES US SHORT MTURITY BOND ETF (NEAR) | A | Distribution | | | Open | 0813019 | J | | |
| 118. ISHARES US TRUST SHORT MATUR BOND ETF (NEAR) | A | Distribution | | | Closed | 10/01/19 | J | A | |
| 119. IEFA | | | | | Sold (part) | 01/16119 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  IEFA | | | | | Sold (part) | 06/17/19 | J | A | |
| 121.  ISHARES EDGE MSCI MOMENTUM FACTOR ETF (IEFA) | A | Dividend | | | Closed | 10/01/19 | J | A | |
| 122.  ISHARES IBOXX INVESTMENT GRADE BOND ETF (LQD) | A | Dividend | | | Closed | 10/01/19 | J | A | |
| 123.  ISHARES EDGE MSCI MIN VOLATILITY ETF (USMV) | A | Dividend | J | T | Buy (add'l) | 08/13/19 | J | | |
| 124.  ISHARES US TRUST SHORT MATURITY BOND ETF (NEAR) | A | Dividend | J | T | Buy (add'l) | 08/15/19 | J | | |
| 125.  ISHARES U.S. TREAS BOND ETF (GOVT) | A | Dividend | J | T | Buy (add'l) | 08/15/19 | K | | |
| 126.  FIDELITY INVT MONEY MARKET INSTL CL (FNSXX) | A | Dividend | J | T | Buy (add'l) | 07/01/19 | J | | |
| 127.  FIDELITY MONEY MKT INST CL (FNSXX) | A | Dividend | J | T | Buy (add'l) | 07/03/19 | K | | |
| 128.  FIDELITY INVT MONEY MKT INST CL (FNSXX) | A | Dividend | J | T | Buy (add'l) | 07/01/19 | M | | |
| 129.  SAME | A | Dividend | J | T | Buy (add'l) | 07/01/19 | L | | |
| 130.  BLACKROCK INTL DIV INVEST CL A (BREAK) | A | Dividend | | | Closed | 12/04/19 | J | A | |
| 131.  COVERTUS (CVET) (SEE SECTION VIII) | | | | | Open | 02/07/19 | J | | |
| 132.  COVERTUS (CVET) | | None | | | Closed | 02/19/19 | J | B | |
| 133.  AI POWERED EQUITY ETF (AIEQ) | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 134.  SAME - AIEQ | | | | | Buy (add'l) | 08/16/19 | J | | |
| 135.  SAME - AIEQ | | | | | Buy (add'l) | 09/03/19 | J | | |
| 136.  TELEDOC (TDOC) | A | Dividend | K | T | Buy (add'l) | 03/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  SAME TDOC | A | Dividend | K | T | Buy<br>(add'l) | 06/11/19 | J | | |
| 138.  SAME - TDOC | A | Dividend | J | T | Buy<br>(add'l) | 06/11/19 | J | | |
| 139.  SAME - TDOC | A | Dividend | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 140.  PACER BENCHMARK DT AND INF FL EST ETF (SRVR) | A | Dividend | K | T | Open | 06/15/19 | J | | |
| 141.  SAME - SRVR | A | Dividend | J | T | Buy<br>(add'l) | 06/05/19 | J | | |
| 142.  ALIBABA (BABA) | A | Dividend | J | T | Buy<br>(add'l) | 06/05/19 | J | | |
| 143.  TIAA-CREFF: (See Section VIII) | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2019
SECTION I - POSITIONS
I have added my position as a member of the Board of Directors of PAR Recycling. This is a nonprofit organization that recycles electronics and provides transitonal employment to people returning from prison.

SECTIN III - INCOME:
  My wife and I sold the building that we had jointly owned operating as "Pujkee Assoc" as has been explained on all prior Reports. The sales price is listed in Section III net of commissons and fees.

SECTION VII IVESTMENTS:

I HAVE PREVIOUSLY EXPRESSED CONCERN OVER ANY INTERPRETATION OF DISCLOSURE REQUIREMENTS THAT RESULTS IN DISCLOSURE OF SPECIFIC INSTITUTIONS WHERE WE DO BANKING. THAT CONCERN CONTINUES AND HAS BEEN EXACERBATED BY FAIRLY RECENT EVENTS.  I CONTINUE TO APPRECIATE THE IMPORTANCE OF DISCLOSING INFORMATION WHICH ASSURES THE PUBLIC THAT OUR ACTIONS ARE IN NO WAY INFLUENCED BY PERSONAL GAIN.  CLEARLY, DISCLOSING COMPANIES AND INSTITUUTIONS THAT WE HAVE A FINANCIAL INTEREST IN IS CONSISTENT WITH THAT PUBLIC OBJECTIVE.  HOWEVER, WHETHER WE HAVE ACCOUNTS AT THE ACME SAVINGS AND LOAN OR GOLDMAN SACHS IN NO WAY ADANCES THAT OBJECTIVE. THIS DOES NOT, OF COURSE, EXTEND TO ANY TYPE OF OWNERSHIP INTEREST OR INVESTMENT INTEREST IN ANY SUCH INSTITUTION. SUCH AN INTEREST CLEARLY WARRANTS PUBLIC DISCLOSURE.  I HAVE NOTED ACCOUNTS AT TIAA-CREFF AS THAT IS NECESSARY TO EXPLAIN THE ABSENCE OF SPECIFIC ACTIONS WITHIN THOSE ACCOUNTS AS I HAVE DONE FOR ALL OTHER ACCOUNTS.  I NOTE THAT THIS RETICENCE OBVIOUSLY GOES TO SPECIFIC INSTITUTIONS WHERE WE HAVE SAVINGS, CHECKING OR MONEY MARKET ACCOUNTS.  THE VALUE CODE FOR ALL SUCH ACCOUNTS AT THE END OF 2019 WAS P1.  THE INCOME CODE WAS "E" NEARLY ALL OF WHICH WOULD HAVE BEEN IN THE FORM OF DIVIDENDS AND APPRECIATION OF VALUE IN THE ACCOUNT.

LINES 13 AND 14 - SENTINEL FUNDS - SENTINEL FUNDS ARE NOW "TOUCHSTONE FUNDS"  TOUCHSTONE PURCHASED SENTINEL SOMETIME IN 2018 I BELIEVE. THE VALUE CODES GIVEN ARE FOR THE END OF 2019 IN TOUCHSTONE.  NOTE THAT WE DO NOT TRADE ON THESE FUNDS. THEY WERE SET UP AS CUSTODIAL FUNDS FOR OUR KIDS AND WE HAVE NOT MADE DEPOSITS TO THEM IN DECADES. THE ONLY WITHDRAWLS WERE FOR COLLEGE RELATED EXPENSES FOR OUR DAUGHTERS YEARS AGO.

LINE 29 I AM ALSO NOT ABLE TO FIND ANY INFORMATION REGARING RYOFX. However, it would almost certainly be in the same category as VECTRON.  I did not trade either durng 2019

LINE 50 "ES": I CANNOT FIND ANY INFORMATIONI FOR TICKER SYMBOL ES A SEARCH FOR THAT TICKER RETURNS "EVERSOURCCE ENERGY" BUT THAT IS NOT A COMPANY WE HAVE EVER HELD IN ANY ACCOUNT
I AM ASSUMING FROM THE TITLE OF THE EQUITY ON LINE 50: "ISHARES MSCI EAFE ACTUAL PRICES, THAT THIS IS SIMPLY AN ERROR. WE DO HOLD SOME FUNDS THAT HAVE "ISHARES MSCI EAFE" IN THE NAME BUT THESE ARE ALL BOND FUNDS ARE ARE SEPERATELY REPORTED IN THE REPORT (IE. TLT ISHARES 20+ YR TREAS BOND ETF).

LINE 77 JD.COM: JD.COM WAS ACTUALLY CLOSED BY MARKET SALE ON 4/27/18 FOR VALUE CODE "J" WITH A GAIN CODE: "A." AND SHOULD HAVE BEEN SO DESIGNTED ON LAST YEAR'S REPORT.

LINE 110 SECTION VII; COVERTUS (CVET) COVERTUS WAS ACQUIRED AS A SPIN OFF FROM A MERGER INVOVLING  HENRY SCHEIN - WHICH I THEN OWNED. IT WAS DEPOSITED INTO OUR ACCT ON 2/08/19 VALUE CODE J  I AM NOT SURE HOW TO CATEGORIZE A "GAIN" OR "LOSS" SO I ESTIMATED THE PRORATA SHARE OF THE PROCEEDS OF THE SALE BASED UPON THE GAIN FROM THE UNDERLYING INVESTMENT, HENRY SCHEIN - WHICH WE HAD HELD FOR MANY YEARS.

LINE 18 - VECTRON; FROM WHAT I CAN TELL FROM THE APPROPRIATE  STATMENT, VECTRON WAS ACQUIRED AS PART OF A MERGER IN 2018 THAT DID NOT CLOSE UNTIL 02/05/19 THE VALUE CODE FOR THE SHARES THAT WERE DEPOSITED (I.E. EXCHANGED INTO OUR ACCT WOULD BE "J').  THE RELEVANT STATEMENT ONLY SHOWS THE DATE OF CLOSURE AND MERGER, NOT THE COMPANIES THAT MERGED.

LINE 144 TIAA CREF: AS HAS BEEN APPROVED IN PAST YEARS, I AM ENTERING BELOW THE INVESTMENTS THAT WERE HELD AT ANYTIME IN OUR TIAA-CREFF ACCOUNTS. AS PREVIOUSLY EXPLAINED, WE DO NOT EXERCISE ANY CONTROL OVER THOSE ACCOUNTS. RATHER, WE MEET ONCE A YEAR WITH OUR CREFF ADVISOR AND CONFIRM OUR GOALS AS WE BOTH APPROACH RETIREMENT AND OUR TOLERANCE FOR RISK. WE ARE NOT CONSULTED BEFORE OR AFTER ANY TRADES ARE MADE AND WE ARE NOT INFORMED OF WHAT IS HELD IN THE ACCOUNT UNLESS WE MAKE A SPECIFIC INQUIRY. NONE HAS BEEN MADE SINCE WE HAVE HELD THE ACCOUNTS. AT SOME POINT DURING 2019 THE ACCOUNTS HELD  EACH OF THE SECURITIES (FOR SOME REASON, THIS SOFTWARE DOES NOT ALLOW ME TO PASTE THE INVESTMENTS HERE SO I WILL INDIVIDUUALLY TYPE THE TICKER SYMBOL AS OPPOSED TO THE FULL NAME FOR THE SAKE OF EFFICIENCY:

PELBX, UISBX, DPFFX, UISBX, PELBX, MHYIX, BSV, AGG, DPFFX, MHYIX, PELBX, UISBX, JENIX, AVUYX, DPFFX, IWS IWN, UISBX,  PELBX, MHYIX, UISBX, BCOIX, PELBX, FIHBX, LLDYX, FGZMX, WACSX, BCOIX, FIHBX, WACSX, LLDYX PGZMK SCZ, IWO, BCOIX, FIHBX, LLDYX, WACSX, FGZMX, BCOIX, FIHBX, LLDYX, FGZMX, WACSX, BCOIX, LLDYX, WACSX FIHBX, FGZMX, BCOIX WACSX, FIHBX, LLDY, BCOIX, WACSX, FGZMX , BCOIX, TILIX, TILVX, CRRRX, WFMIX, JVLIX, HFOSX, SCZ, HERYX, TCIEX, IWN, MWNIX, DPFFX, TIP, MHYIX, HLMEX, JENIX,  IEFA, AVUYX, UISBX, PELBX, DEVIX, LSITX, RMOYX, LLDYZ, HERYZ, WACSX, HLMIX, FIHBX,  QISGX.

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE TOTAL VALUE FOR ALL OF OUR TIAA ACCOUNTS AT THE END OF 2019 WAS VALUE CODE "O" AND THE INCOME CODE FOR 2019 WAS CODE "D" THAT WOULD HAVE BEEN FROM DIVIDENDS

,

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodore A. McKee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544